## Snyder v. Huntingdon Water Supply Company, Appellant.

Argued October 28, 1918. Appeal, No. 289, Oct. T., 1918, by defendant, from judgment of C. P. Huntingdon Co., Dec. T., 1917, No. 27, on verdict for plaintiff in case of John W. Snyder v. Huntingdon Water Supply Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Reversed.

OPINION BY WILLIAMS, J., July 17, 1919:

This case is substantially like Sebree v. Huntingdon Water Supply Co., 72 Pa. Superior Ct. 553; it was tried upon the same mistaken theory of the law applicable to the facts, and for the reasons given in the Sebree case the judgment is reversed and a venire facias de novo awarded.